# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR 06-1289-TUC-FRZ (HCE) |
| Plaintiff(s), | ORDER |
| vs. | |
| VICENTE RUIZ-GAXIOLA, | |
| Defendant(s). | |

This matter was referred to the United States Magistrate Judge pursuant to 28 U.S.C.§636(b)(1)(B) and the local rules of practice of this Court for hearing and report and recommendation to determine whether Defendant should be involuntarily medicated pursuant to *Sell v. United States,* 539 U.S. 166 (2003).

On March 14, 2008, Magistrate Judge Hector C. Estrada conducted a hearing and on June 4, 2008 issued his Report and Recommendation.[144] A copy was sent to all parties. On June 23, 2008, Defendant filed his Objections to Report and Recommendation. [147] The Plaintiff did not file objections.

The Court, having made a *de novo* review of the record herein, orders as follows:

IT IS ORDERED that Defendant's objections are DENIED.

IT IS ORDERED that Magistrate Judge Estrada's Report and Recommendation is ACCEPTED and ADOPTED by this Court as the findings of fact and conclusions of law in this matter.

1    IT IS ORDERED that Plaintiff's request to involuntarily medicate Defendant
2 as outlined in Magistrate Judge Estrada's Report and Recommendation is GRANTED.
3    IT IS FURTHER ORDERED that Defendant's request for a stay pending appeal
4 is DENIED; however, the involuntary medication of Defendant shall be temporarily
5 stayed for a period of thirty (30) days from the issuance of this Order to allow
6 Defendant to seek a review of the denial of his Motion to Stay by the United States
7 Court of Appeals for the Ninth Circuit.
8    DATED this 19th day of August, 2008.

*Frank R. Zapata*
FRANK R. ZAPATA
United States District Judge